Raleigh Ward, Plaintiff in Error, v. State of Florida, Defendant in Error.

Writ of error dismissed on motion of counsel for Plaintiff in Error.

*H. O. Brown,* for Plaintiff in Error.

*Cary D. Landis,* Attorney General, for the State.

A. B. Johnson, Appellant, v. Winn & Lovett Grocery Company, Appellee.

Appeal dismissed on motion of counsel for Appellant.

*Dykes & Cox,* for the Motion.

Charles Westall, *et al.,* Appellant, v. Northern Investment Corporation, a corporation, *et al.,* Appellees.

Appeal dismissed on motion of counsel for Appellees.

*S. E. Durrance,* for Appellants.

*Troy C. Musselwhite* and *Merton S. Horrell,* for Appellees.

Riviera Development Corporation, *et al.,* Appellants, v. Marjorie Wyman, *et vir.,* Appellee.

Appeal dismissed on motion of counsel for Appellants.

*Wm. W. Flournoy,* for the Motion.